FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**July 25, 2016**

Elisabeth A. Shumaker  
Clerk of Court  

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EDWARD CHRISTY,

    Defendant - Appellant.

No. 16-2184  
(D.C. No. 1:15-CV-00881-JB-LAM)  
(D. N.M.)

_____

**ORDER**
_____

Briefing in this appeal is abated pending disposition by the district court of Appellant's "Motion to Reconsider Denial of Certificate of Appealability" (district court docket number 25).

When an order deciding the motion is entered, the Clerk of the United States District Court for the District of New Mexico is directed to supplement the preliminary appellate record by transmitting to this court a copy of the order deciding the motion and a copy of an updated docket sheet. *See* 10th Cir. R. 3.2(B).

Within thirty days from the date of this order, Appellant shall file a status report advising the court as to the status of his motion in the district court. Upon notification

that the motion has been ruled-upon, this court will vacate the abatement and the appeal will proceed.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Lindy Lucero Schaible
           Counsel to the Clerk